ONONDAGA COUNTY SAVINGS BANK, Respondent, v. WYCKOFF et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by the Onondaga County Savings Bank against Emma R. Wyckoff and another, impleaded with others. (No. 1.)

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to demurring defendants to withdraw demurrer and answer within 20 days from service on their attorney of copy of this order, upon payment of costs of this appeal and of $10 costs of the motion below.

ONONDAGA COUNTY SAVINGS BANK, Respondent, v. WYCKOFF et al. Appellants. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by the Onondaga County Savings Bank against Emma R. Wyckoff and another, impleaded with others. (No. 2.)

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to demurring defendants to withdraw demurrer and answer within 20 days from service on their attorney of copy of this order, upon payment of costs of this appeal and of $10 costs of the motion below.

OPPENHEIMER v. TREBLA REALTY CO. et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Herman H. Oppenheimer against the Trebla Realty Company and others. No opinion. Motion granted. Order filed. See, also, 150 App. Div. 915, 135 N. Y. Supp. 1130.

OPPENHEIMER, Appellant, v. VAN RAALTE et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Louis Oppenheimer against Emanuel Van Raalte and another. G. Trosk, of Brooklyn, for appellant. E. H. Sykes, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 App. Div. 601, 136 N. Y. Supp. 197.

OTT, Respondent, v. OTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Edward E. Ott against Albert W. Ott.

PER CURIAM. Judgment affirmed, with costs.

ROBSON and FOOTE, JJ., dissent.

OVERPECK, Respondent, v. HARRISON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Ida M. Overpeck against Harry Harrison.

PER CURIAM. Order affirmed, with costs.

SPRING, J., not sitting.

PACKARD, Respondent, v. LYON et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Nathan J. Packard, substituted as plaintiff for the Ulster County Savings Institution, against Anna E. Lyon and others. No opinion. Order affirmed, without costs. See, also, 130 N. Y. Supp. 229.

PAKAS, Respondent, v. HURLEY, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Solomon L. Pakas against Frank C. Hurley. A. I. Sire, of New York City, for appellant. J. A. Corbin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 App. Div. 909, 133 N. Y. Supp. 499.

PASCHKE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by John Paschke against the Long Island Railroad Company. No opinion. Order affirmed, with costs.

PASCHKE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by John Paschke against the Long Island Railroad Company. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1132.

PASCHKE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Lillie Paschke against the Long Island Railroad Company. No opinion. Order affirmed, with costs.

PASCHKE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Lillie Paschke against the Long Island Railroad Company. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1132.

PATE, Appellant, v. LEIGHT, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Mary E. Pate, etc., as administratrix, etc., of Samuel Douglass, deceased, against Charles K. Leight. No opinion. Interlocutory judgment affirmed by default, with costs.

PATTISON v. CUSACK et al. (Supreme Court, Appellate Division, Third Department. October 21, 1912.) Action by George B. Pattison, as substituted trustee, etc., against Kittie Akin Cusack, individually and as trustee, etc., and Ella F. Cusack. No opinion. Judgment affirmed, with costs. See, also, 147 App. Div. 428, 131 N. Y. Supp. 795.

In re PECK'S WILL. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) In the matter of the probate of the